## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**VALENCIA GARNER,**

      **Plaintiff,**

v.                                       **Case No: 8:16-cv-2158-T-27TGW**

**UNITED STATES OF AMERICA, U.S.**
**ATTORNEY, et al.,**

      **Defendants.**

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) be denied and that Plaintiff's Complaint be dismissed, with leave to amend in a more appropriate venue. (Dkt. 4). Plaintiff has not filed objections and the time in which to do so has passed. Upon consideration, the Report and Recommendation is adopted as the opinion of the Court, Plaintiff's motion to proceed *in forma pauperis* is denied, and Plaintiff's Complaint is dismissed.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. App'x. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

1

Accordingly, the Report and Recommendation (Dkt. 4) is **APPROVED** and **ADOPTED** as the opinion of the Court for all purposes, including for appellate review. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is **DENIED** and her Complaint (Dkt. 1) is **DISMISSED** *without prejudice*. Should Plaintiff intend to file an amended complaint, she should do so in the Orlando division of this court, or in the Northern District of Georgia.[1] The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this *13th* day of September, 2016.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
pro se Plaintiff
Counsel of Record

---

[1] *See Wilkinson v. Sec'y, Florida Dep't of Corr.*, 622 Fed. App'x 805, 809 (11th Cir. 2015) (recognizing that a district court may dismiss a suit *sua sponte* for lack of venue, after giving the parties an opportunity to present their views on the issue, and finding that the plaintiff was provided notice via a magistrate judge's report and given an opportunity to present argument via objections to that report).